UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAGOBERTO OROZCO-GONZALEZ,<br><br>                                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LaROSE, Warden, Otay Mesa Detention Facility,<br><br>                                              Respondent. | Case No.:  26-cv-3244-RSH-VET<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On May 26, 2026, petitioner Dagoberto Orozco-Gonzalez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner, who is in immigration custody, alleges that he has been unlawfully denied a bond hearing. On June 8, 2026, Respondents filed a return stating that they do not oppose an order directing a bond hearing pursuant to 8 U.S.C. § 1226(a). ECF No. 4 at 2.

//

//

//

//

//

//

Accordingly, the Petition is **GRANTED** as follows. The government is directed to hold a bond hearing for petitioner Dagoberto Orozco-Gonzalez within *fourteen (14) days of the date of this order*, or such later date as may be requested by Petitioner.

    **IT IS SO ORDERED**.

Dated: June 8, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-3244-RSH-VET